IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| JOHN ARDEN, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 6:17-01131-MGL |
| | ) | |
| v. | ) | |
| | ) | |
| LIBERTY LIFE ASSURANCE | ) | **O R D E R** |
| COMPANY OF BOSTON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER COMES BEFORE THE COURT** by way of the parties' request to extend the deadline within which they must mediate the case to November 3, 2017. The Parties have advised the Court that they would like to explore settlement at or before mediation. Accordingly, the parties have asked for the deadline to file the joint stipulation and the parties' respective memoranda to be moved to December 3, 2017. The Court believes that, for good cause shown, an extension of time within which to mediate and to file a joint stipulation pursuant to the Court's Specialized Case Management Order is warranted. Therefore, the Court hereby extends the deadline by which the Parties must mediate this case to November 3, 2017 and to file a Joint Stipulation and the Parties' respective memoranda in the matter *sub judice* to December 3, 2017.

**WHEREFORE, it is ORDERED, ADJUDGED AND DECREED** that the parties' deadline by which they are ordered to mediate is hereby extended to November 3, 2017, and to file a joint stipulation and the parties' respective memoranda pursuant to the court's specialized case management order in the matter *sub judice* is hereby extended until December 3, 2017. In all other regards, the parties shall comply with the specialized case management order.

**AND, IT IS SO ORDERED.**

Signed this 5th day of October, 2017, in Columbia, South Carolina.

                                    s/ Mary Geiger Lewis
                                    MARY GEIGER LEWIS
                                    UNITED STATES DISTRICT JUDGE